UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE GOODE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE RUBIO, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-09154-FLA (MARx)<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS RUBIO AND UNITED STATES POSTAL SERVICE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

1

Plaintiff Camille Goode ("Plaintiff") filed the Complaint in this action on October 30, 2023, Dkt. 1, and the operative First Amended Complaint ("FAC"), Dkt. 34, on August 20, 2024. On March 4, 2024, Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant United States Postal Service ("USPS"). Dkt. 19. Plaintiff has not filed proof of service of the FAC on USPS. Plaintiff has also not filed proof of service on Defendant Jose Rubio ("Rubio") with respect to either the Complaint or FAC.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing, by no later than seven (7) days from the date of this Order, why USPS and Rubio should not be dismissed from this action for lack of prosecution pursuant to Fed. R. Civ. P. 41(b). Failure to respond timely may result in the dismissal of Rubio and USPS from the action without further notice.

IT IS SO ORDERED.

Dated: September 29, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge